IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

     Plaintiff,                    No. 2:09-cv-3160 KJN P

     vs.

SULLIVAN, et al.,

     Defendants.               <u>ORDER</u>

_____/

        By order filed March 17, 2010, the undersigned found that plaintiff's complaint stated a colorable claim for relief against defendant Sullivan. The claims against defendants Dematteo and Bal were dismissed with thirty days to file an amended complaint.

        On April 27, 2010, plaintiff filed a motion for clarification. Plaintiff states that he is unsure how to proceed as to the "doe" defendant named in the original complaint. Plaintiff is herein advised that once he discovers the identity of the "doe" defendant, he may file a motion for leave to file an amended complaint identifying this new defendant as well as describing the claims against the "doe" and any other named defendants, and plaintiff should attach his proposed amended complaint to his motion for leave to file the amended complaint.

////

////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification
2  (Dkt. No. 12) is resolved.
3  DATED:  June 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wi3160.cla