1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY WILLIAMS,

11              Plaintiff,                    No. 2: 09-cv-3160 KJN P

12        vs.

13   SULLIVAN, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned.

18              On March 17, 2010, the claims against defendants Demetteo and Bal were

19   dismissed with thirty days to file an amended complaint.  On April 12, 2010, plaintiff was

20   granted an extension until April 30, 2010 to file an amended complaint.   Plaintiff did not file an

21   amended complaint.

22   ////

23   ////

24   ////

25   ////

26

1

1        Accordingly, for the reasons stated in the March 17, 2010 order, IT IS HEREBY

2  ORDERED that the claims against defendants Demetteo and Bal are dismissed.

3  DATED:  July 9, 2010

4

5

6                               _____

7                          KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

8  will3160.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26