IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

        Plaintiff,                  No. 2: 09-cv-3160 KJN P

    vs.

SULLIVAN, et al.,

        Defendants.         ORDER

                                /

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to the jurisdiction of the undersigned.

        By an order filed March 7, 2011, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms necessary to effect service on defendant Mejia. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why defendant Mejia should not be dismissed.

DATED: May 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wil3160.dis