IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

     Plaintiff,                   No. 2: 09-cv-3160 KJN P

  vs.

SULLIVAN, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Both parties have consented to the jurisdiction of the undersigned.

        By an order filed March 7, 2011, the undersigned ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form necessary to effect service on defendant Mejia. That sixty day period passed and plaintiff did not respond to the court's order. Accordingly, on May 20, 2011, plaintiff was ordered to show cause, within fourteen days, why defendant Mejia should not be dismissed. Fourteen days passed and plaintiff did not respond to the May 20, 2011 order.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that defendant Mejia is dismissed.

2 DATED: June 23, 2011

4 _____
KENDALL J. NEWMAN
5 UNITED STATES MAGISTRATE JUDGE

6 will3160.dis