IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

    Plaintiff,                     No. 2: 09-cv-3160 KJN P

    vs.

SULLIVAN, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2011, defendant Sullivan filed a motion to compel. Plaintiff failed to file an opposition to this motion.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall show cause for his failure to file his opposition; within that time plaintiff shall also file his opposition or statement of non-opposition to the motion to compel; failure to respond to this order will be deemed a waiver of opposition.

DATED: September 1, 2011

                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

will3160.osc

1