IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

        Plaintiff,                      No. 2: 09-cv-3160 KJN P

    vs.

SULLIVAN, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Pending before the court is plaintiff's November 10, 2011 motion to modify the scheduling order. In this motion, plaintiff requests an extension of time to answer defendant Sullivan's interrogatories. Plaintiff also requests that the court send him copies of the documents filed by plaintiff in this action. On November 10, 2011, plaintiff separately filed a letter addressed to the Clerk of the Court stating that prison officials misplaced his legal documents regarding this action when he was transferred to California State Prison-Corcoran.

        Court records indicate that plaintiff transferred to California State Prison-Corcoran on March 9, 2011. It is unclear why plaintiff waited eight months to inform the court that he is missing legal materials. Plaintiff has also not demonstrated that he attempted via the administrative grievance process to locate these missing documents. However, because plaintiff suggests that he cannot respond to defendant's interrogatories without a copy of his complaint,

1

1 | the undersigned will direct the Clerk of the Court to send plaintiff a copy of the complaint.
2 | Plaintiff may request copies of his other pleadings from the Clerk of the Court at a cost of $0.50
3 | per page.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1.  Plaintiff's motion to modify the scheduling order (Dkt. No. 45) is granted;
6 |     2.  Within twenty-one days of the date of this order, plaintiff shall serve defendant
7 | with responses to the at-issue interrogatories; and
8 |     3.  The Clerk of the Court is directed to send plaintiff a copy of his complaint filed
9 | November 13, 2009 (Dkt. No. 1).
10 | DATED: November 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will3160.eot