IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

    Plaintiff,                            No. 2: 09-cv-3160 KJN P

    vs.

SULLIVAN,

    Defendant.                      ORDER TO SHOW CAUSE

_____/

        On April 5, 2013, the court ordered plaintiff's pretrial statement due within thirty days and defendant's pretrial statement due fourteen days thereafter. On April 15, 2013, plaintiff filed his pretrial statement. Fourteen days passed and defendant did not file a pretrial statement.

        Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendant shall show cause why he should not be sanctioned for failing to file a timely pretrial statement; within that time, defendant shall file his pretrial statement.

DATED: May 7, 2013

                                                   _____
                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

will3160.osc