IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WILLIAMS,

    Plaintiff,                    No. 2: 09-cv-3160 KJN P

    vs.

SULLIVAN,

    Defendant.               ORDER

_____/

        On May 8, 2013, defendant was ordered to show cause for his failure to file a pretrial statement. On May 9, 2013, defendant filed his pretrial statement. On May 14, 2013, defendant filed a response to the show cause order.

        Good cause appearing, IT IS HEREBY ORDERED that the show cause order is discharged; defendant's pretrial statement is deemed timely filed.

DATED: May 23, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

will3160.dis